IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BELLE MEADE TOWER CONDOMINIUM ASSOCIATION, | :  |
| PLAINTIFF, | : CIVIL ACTION NO. 3:11-CV-00397 |
| V. | : JUDGE HAYNES |
| BRUCE C. ROBINS, ROBINS INSURANCE AGENCY, INC., AND TRAVELERS INSURANCE COMPANY, | : |
| DEFENDANTS. | : |

**AGREED ORDER TO DISMISS DEFENDANT THE STANDARD FIRE INSURANCE COMPANY WITH PREJUDICE**

COME NOW the Parties hereto, by and through their undersigned counsel, and hereby file and announce that the above entitled action against Defendant The Standard Fire Insurance Company, incorrectly designated in Plaintiff's Complaint as "Travelers Insurance Company," should be and hereby is dismissed **WITH PREJUDICE**, with each party to bear its own costs.

It is so **ORDERED** this the 17th day of May, 2011.

William J. Haynes
UNITED STATES DISTRICT JUDGE