IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BELLE MEADE TOWER CONDOMINIUM ASSOCIATION, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 3:11-cv-00397 ) |
| BRUCE C. ROBINS, ROBINS INSURANCE AGENCY, INC., AND TRAVELERS INSURANCE COMPANY, | ) Judge Haynes ) ) ) ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL

Comes now, Plaintiff, Belle Meade Tower Condominium Association, and pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), hereby dismisses its cause of action **WITH PREJUDICE** against Defendants Bruce C. Robins and Robins Insurance Agency, Inc.

Respectfully Submitted,

 /s/ J. David Wicker, Jr.
J. David Wicker, Jr. (No. 23960)
W. Lee Corbett (No.2554)
Corbett & Crockett
Suite 1050 American Center
3100 West End Avenue
Nashville, TN 37203
(T) 615.383.0500
(F) 615.383.5556
*Attorneys for Belle Meade Condominium Association*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to

Barry L. Howard (No. 5887)
150 Second Avenue North, Ste. 201
Nashville, TN 37201
(T) 615.256.1125
(F) 615.244.5467
*Attorneys for Bruce C. Robins and*
*Robins Insurance Agency, Inc.*

All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

   /s/ J. David Wicker, Jr.
J. David Wicker, Jr. (No. 23960)
W. Lee Corbett (No.2554)
Corbett & Crockett
Suite 1050 American Center
3100 West End Avenue
Nashville, TN 37203
(T) 615.383.0500
(F) 615.383.5556
*Attorneys for Belle Meade Condominium*
*Association*