IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BELLE MEADE TOWER )
CONDOMINIUM ASSOCIATION, )
)
    Plaintiff, )
)
v. ) No. 3:11-00397
) JUDGE HAYNES
BRUCE C. ROBINS, et al., )
)
    Defendants. )

## O R D E R

Before the Court is the parties' notice of dismissal with prejudice (Docket Entry No. 20). Pursuant to Fed. R. Civ. P. 41(a)(1), this action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the _15th_ day of June, 2011.

                      WILLIAM J. HAYNES, JR.
                      United States District Judge