UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BELLE MEADE TOWER CONDOMINIUM ASSOCIATION ) ) ) ) | |
| ) | Case No. 3:11-00397 |
| v. ) | Judge Haynes |
| ) | |
| BRUCE C. ROBINS, et al. } ) | |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on June 14, 2011.

KEITH THROCKMORTON, CLERK

s/   Hannah Blaney